**Appeal Reinstated; Appellant's Motion to Dismiss Granted; Motion to Extend Time to File Notice of Appeal and Appellee's Motion to Dismiss Denied as Moot; Appeal Dismissed; and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00475-CV

## ESTATE OF OTIS HAROLD CARTE, DECEASED

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0053835**

## MEMORANDUM OPINION

This is an appeal from a judgment removing appellant, K. Randall Huffstetler, as Independent Executor of the Estate of Otis Harold Carte, Deceased, signed by the trial court on January 23, 2012. Appellant filed a timely motion for new trial. The clerk's record was filed August 2, 2012, and it appeared that appellant's notice of appeal may have been filed late. Appellant filed a motion for extension of time to file the notice

appeal, and appellee, Thomas H. Carte, filed a motion to dismiss the appeal for want of jurisdiction.

Before these motions were decided, on August 30, 2012, the court abated the appeal for sixty days so that the parties could complete an agreement to settle the underlying dispute. On October 31, 2012, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered reinstated and dismissed. Appellant's motion to extend time to file the notice of appeal and appellee's motion to dismiss for want of jurisdiction are denied as moot.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.